IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRAIG JETTER, | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| ROHM and HAAS | : | |
| CHEMICALS, LLC, | : | |
| *Defendants.* | : | No. 08-1617 |

## O R D E R

**AND NOW**, this 21st day of June, 2011, upon consideration of the Motion for Summary Judgment filed by Defendant Rohm and Haas Chemicals, LLC ("Rohm and Haas") (Docket No. 39), it is hereby **ORDERED** that the Motion is **GRANTED**, and that judgment shall be entered in favor of Rohm and Haas on all counts. It is further **ORDERED** that this matter is hereby **CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE